[No. 4933–7–III.  Division Three.  June 16, 1983.]

*In the Matter of the Marriage of* JANICE KAY
MIRACLE, *Respondent, and* HARRY M.
MIRACLE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–3–01978–0, George T. Shields, J., entered December 8, 1981. *Affirmed in part, reversed in*

*part,* and *remanded in part* by unpublished opinion per Green, J., concurred in by Roe, C.J., and Munson, J.